


U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed April 01, 2011**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| WEBB MCCANN SOWDEN, III § | |
| § | CASE NO. 10-36441-SGJ11 |
| Debtor § | |
| § | |

### ORDER GRANTING DEBTOR'S MOTION TO CONVERT
### CASE PURSUANT TO SECTION 1112(A)

On March 28, 2011, Debtor in the above-referenced matter filed its Motion to Convert Case pursuant to Section 1112(a). The Court, after review of the Motion and argument of counsel, finds that grounds exist to convert.

It is ORDERED, and notice is hereby given, that:

The above-referenced case is converted to a Chapter 7 proceeding.

### # # # END OF ORDER # # #

---