# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In re: SOWDEN, WEBB MCCANN § Case No. 10-36441
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Scott M. Seidel, Esq., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $3,076,422.87              Assets Exempt: $1,642,722.87
(without deducting any secured claims)

Total Distribution to Claimants: $0.00       Claims Discharged
                                             Without Payment: $33,274,823.93

Total Expenses of Administration: $25,000.55
```

3) Total gross receipts of $ 25,000.55 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,000.55 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,416,009.94 | $1,451,602.50 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 31,036.11 | 31,036.11 | 25,000.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,297,884.29 | 19,057,954.30 | 15,976,939.64 | 0.00 |
| **TOTAL DISBURSEMENTS** | $20,713,894.23 | $20,540,592.91 | $16,007,975.75 | $25,000.55 |

4) This case was originally filed under Chapter 7 on September 10, 2010. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/27/2014          By: /s/Scott M. Seidel, Esq.
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING BALANCE | 1129-000 | 1,136.77 |
| HOUSEHOLD GOODS | 1129-000 | 700.00 |
| HOUSEHOLD GOODS | 1129-000 | 700.00 |
| HOUSEHOLD GOODS | 1129-000 | 700.00 |
| HOUSEHOLD GOODS | 1129-000 | 700.00 |
| HOUSEHOLD GOODS | 1129-000 | 700.00 |
| HOUSEHOLD GOODS | 1129-000 | 700.00 |
| HOUSEHOLD GOODS | 1129-000 | 700.00 |
| HOUSEHOLD GOODS | 1129-000 | 700.00 |
| HOUSEHOLD GOODS | 1129-000 | 700.00 |
| HOUSEHOLD GOODS | 1129-000 | 563.23 |
| HOUSEHOLD GOODS | 1129-000 | 500.00 |
| HOUSEHOLD GOODS | 1129-000 | 500.00 |
| HOUSEHOLD GOODS | 1129-000 | 500.00 |
| HOUSEHOLD GOODS | 1129-000 | 500.00 |
| trust | 1249-000 | 15,000.00 |
| Interest Income | 1270-000 | 0.55 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.55** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 3 –SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | TOWN OF HIGHLAND PARK | 4110-000 | N/A | 2,612.36 | 0.00 | 0.00 |
| 000002 | HIGHLAND PARK ISD | 4110-000 | N/A | 12,997.34 | 0.00 | 0.00 |
| 000003 | DALLAS COUNTY | 4110-000 | N/A | 21,593.10 | 0.00 | 0.00 |
| 000007 | NORTH DALLAS BANK & TRUST CO. | 4110-000 | N/A | 54,999.66 | 0.00 | 0.00 |
| 000011 | KEYBANK | 4110-000 | N/A | 84,732.95 | 0.00 | 0.00 |
| 000018 | JPMORGAN CHASE BANK, N.A. | 4110-000 | N/A | 10,750.95 | 0.00 | 0.00 |
| 000021 | IBM LENDER BUSINESS PROCESS SERVICE | 4110-000 | N/A | 298,387.38 | 0.00 | 0.00 |
| 000025A | NORTH DALLAS BANK & TRUST CO. | 4110-000 | N/A | 84,560.00 | 0.00 | 0.00 |
| 000031 | KNOWING BY BRINDA, LLC | 4110-000 | N/A | 813,880.93 | 0.00 | 0.00 |
| 000033 | GREENPOINT MORTGAGE FUNDING, LLC | 4110-000 | N/A | 38,254.52 | 0.00 | 0.00 |
| 000035 | DALLAS COUNTY | 4110-000 | N/A | 28,833.31 | 0.00 | 0.00 |
| NOTFILED | secured claims scheduled | 4110-000 | 3,416,009.94 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$3,416,009.94** | **$1,451,602.50** | **$0.00** | **$0.00** |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Scott M. Seidel, Esq. | 2100-000 | N/A | 3,250.06 | 3,250.06 | 3,250.06 |
| Scott M. Seidel, Esq. | 2200-000 | N/A | 1,461.65 | 1,461.65 | 1,461.65 |
| SEIDEL LAW FIRM | 3110-000 | N/A | 22,395.00 | 22,395.00 | 16,359.44 |
| SEIDEL LAW FIRM | 3120-000 | N/A | 591.94 | 591.94 | 591.94 |
| Sheldon E. Levy, CPA | 3410-000 | N/A | 2,075.00 | 2,075.00 | 2,075.00 |
| US TRUSTEE | 2950-000 | N/A | 975.00 | 975.00 | 975.00 |
| BANK OF AMERICA | 2600-000 | N/A | 12.70 | 12.70 | 12.70 |
| BANK OF AMERICA | 2600-000 | N/A | 12.69 | 12.69 | 12.69 |
| BANK OF AMERICA | 2600-000 | N/A | 11.86 | 11.86 | 11.86 |
| BANK OF AMERICA | 2600-000 | N/A | 13.07 | 13.07 | 13.07 |
| BANK OF AMERICA | 2600-000 | N/A | 12.64 | 12.64 | 12.64 |
| BANK OF AMERICA | 2600-000 | N/A | 11.40 | 11.40 | 11.40 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 0.68 | 0.68 | 0.68 |
| Rabobank, N.A. | 2600-000 | N/A | 13.28 | 13.28 | 13.28 |
| Rabobank, N.A. | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 13.70 | 13.70 | 13.70 |
| Rabobank, N.A. | 2600-000 | N/A | 15.10 | 15.10 | 15.10 |
| Rabobank, N.A. | 2600-000 | N/A | 14.61 | 14.61 | 14.61 |
| Rabobank, N.A. | 2600-000 | N/A | 29.71 | 29.71 | 29.71 |
| Rabobank, N.A. | 2600-000 | N/A | 39.21 | 39.21 | 39.21 |
| Rabobank, N.A. | 2600-000 | N/A | 35.59 | 35.59 | 35.59 |
| Bank of America | 2600-000 | N/A | 1.22 | 1.22 | 1.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $31,036.11 | $31,036.11 | $25,000.55 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | FIRST NATIONAL BANK SOUTHWEST | 7100-000 | N/A | 281,129.74 | 281,129.74 | 0.00 |
| 000005 | DISCOVER BANK | 7100-000 | N/A | 1,527.50 | 1,527.50 | 0.00 |
| 000006 | HSBC BANK NEVADA, N.A. | 7100-000 | N/A | 498.21 | 498.21 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 000008 | BANK OF OKLAHOMA, N.A. | 7100-000 | N/A | 1,148,995.20 | 0.00 | 0.00 |
| 000009 | SYSCO DALLAS, INC. | 7100-000 | N/A | 21,491.39 | 21,491.39 | 0.00 |
| 000010 | BANK OF TEXAS, N.A. | 7100-000 | N/A | 467,098.72 | 150,000.00 | 0.00 |
| 000012 | BEHRINGER HARVARD MOCKINGBIRD COMMO | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 000013 | USAA | 7100-000 | N/A | 3,830.55 | 3,830.55 | 0.00 |
| 000014 | ATMOS ENERGY CORPORATION | 7100-000 | N/A | 120.06 | 0.00 | 0.00 |
| 000015 | GREAT AMERICAN INS. | 7100-000 | N/A | 13,183.40 | 13,183.40 | 0.00 |
| 000016 | GREAT AMERICAN INS. | 7100-000 | N/A | 13,553.73 | 13,553.73 | 0.00 |
| 000017 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | N/A | 4,714.86 | 4,714.86 | 0.00 |
| 000019 | THOMPSON & KNIGHT, LLP | 7100-000 | N/A | 7,030.65 | 7,030.65 | 0.00 |
| 000020 | REWARDS NETWORK ESTABLISHMENT SERVI | 7100-000 | N/A | 15,910.10 | 15,910.10 | 0.00 |
| 000022 | AMERICAN NATIONAL BANK OF TEXAS | 7100-000 | N/A | 2,683,276.47 | 2,683,276.47 | 0.00 |
| 000023 | GE MONEY BANK | 7100-000 | N/A | 1,313.65 | 1,313.65 | 0.00 |
| 000024 | TBANK, N.A. | 7100-000 | N/A | 47,837.07 | 47,837.07 | 0.00 |
| 000025B | NORTH DALLAS BANK & TRUST CO. | 7100-000 | N/A | 65,502.86 | 65,502.86 | 0.00 |
| 000026 | WATSON C. ARNOLD, M.D., SEP. ACCOUN | 7100-000 | N/A | 250,000.00 | 0.00 | 0.00 |
| 000027 | WATSON C. ARNOLD, M.D. | 7100-000 | N/A | 216,856.18 | 216,856.18 | 0.00 |
| 000028 | EIGHT OAKS INVESTMENTS I, LLC | 7100-000 | N/A | 850,000.00 | 0.00 | 0.00 |
| 000029 | STERLING TRUST COMPANY FBO PATRICK | 7100-000 | N/A | 150,000.00 | 0.00 | 0.00 |
| 000030A | BK & N LLC | 7100-000 | N/A | 300,000.00 | 0.00 | 0.00 |
| 000030B | BK & N LLC | 7100-000 | N/A | 22,153.45 | 0.00 | 0.00 |
| 000032 | CREDIT UNION LIQUIDITY SERVICES, LL | 7100-000 | N/A | 12,424,337.97 | 12,424,337.97 | 0.00 |
| 000036 | GREAT AMERICAN INS. | 7100-000 | N/A | 26,737.13 | 0.00 | 0.00 |
| 000037 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 24,945.31 | 24,945.31 | 0.00 |
| 000038 | REWARDS NETWORK ESTABLISHMENT SERVI | 7100-000 | N/A | 15,910.10 | 0.00 | 0.00 |
| NOTFILED | unsecured claims scheduled | 7100-000 | 17,297,884.29 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$17,297,884.29** | **$19,057,954.30** | **$15,976,939.64** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-36441  
**Case Name:** SOWDEN, WEBB MCCANN  

**Period Ending:** 02/27/14

**Trustee:** (631790) Scott M. Seidel, Esq.  
**Filed (f) or Converted (c):** 04/04/11 (c)  
**§341(a) Meeting Date:** 05/16/11  
**Claims Bar Date:** 09/04/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Post-Petition Interest Deposits  (u) | Unknown | Unknown | | 0.00 | FA |
| 2  HOMESTEAD<br>    4515 Edmondson, Dallas, Texas  75205<br>    Debtor Claimed Exemption | 1,400,000.00 | 0.00 | | 0.00 | FA |
| 3  REAL PROPERTY<br>    39 Shoreline Drive, Star Harbor, Texas<br>    Order on Motion for Relief filed by creditor JP Morgan<br>    Chase doc no 122   No equity. | 425,000.00 | 0.00 | | 0.00 | FA |
| 4  REAL PROPERTY<br>    Order granting Relief for secured creditor doc no 127<br>    5600 Mockingbird Condo, Suite 204, Dallas, Texas<br>    75206 | 375,000.00 | 0.00 | | 0.00 | FA |
| 5  REAL PROPERTY<br>    7/8/2013  Order for Relief Doc No  150<br>    5600 Mockingbird Condo, Suite 300, Dallas, Texas<br>    75206 | 634,000.00 | 0.00 | | 0.00 | FA |
| 6  CHECKING BALANCE<br>    North Dallas Bank and Trust  DIP account number<br>    3886470 | 1,136.77 | 1,136.77 | | 1,136.77 | FA |
| 7  HOUSEHOLD GOODS | 150.00 | 0.00 | | 0.00 | FA |
| 8  HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | FA |
| 9  HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | FA |
| 10 HOUSEHOLD GOODS | 200.00 | 200.00 | | 0.00 | FA |
| 11 HOUSEHOLD GOODS | 150.00 | 0.00 | | 0.00 | FA |
| 12 HOUSEHOLD GOODS | 100.00 | 0.00 | | 0.00 | FA |
| 13 HOUSEHOLD GOODS | 100.00 | 0.00 | | 0.00 | FA |
| 14 HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 15 HOUSEHOLD GOODS | 400.00 | 0.00 | | 0.00 | FA |
| 16 HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 17 HOUSEHOLD GOODS | 250.00 | 0.00 | | 0.00 | FA |
| 18 HOUSEHOLD GOODS | 60.00 | 0.00 | | 0.00 | FA |

Printed: 02/27/2014 09:49 AM    V.13.14

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-36441  
**Case Name:** SOWDEN, WEBB MCCANN  

**Trustee:** (631790) Scott M. Seidel, Esq.  
**Filed (f) or Converted (c):** 04/04/11 (c)  
**§341(a) Meeting Date:** 05/16/11  

**Period Ending:** 02/27/14  

**Claims Bar Date:** 09/04/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | FA |
| 20 | HOUSEHOLD GOODS | 100.00 | 0.00 | | 0.00 | FA |
| 21 | HOUSEHOLD GOODS | 600.00 | 0.00 | | 0.00 | FA |
| 22 | HOUSEHOLD GOODS | 150.00 | 0.00 | | 0.00 | FA |
| 23 | HOUSEHOLD GOODS | 100.00 | 0.00 | | 0.00 | FA |
| 24 | HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | FA |
| 25 | HOUSEHOLD GOODS | 740.00 | 0.00 | | 0.00 | FA |
| 26 | HOUSEHOLD GOODS | 100.00 | 0.00 | | 0.00 | FA |
| 27 | HOUSEHOLD GOODS | 240.00 | 0.00 | | 0.00 | FA |
| 28 | HOUSEHOLD GOODS | 600.00 | 0.00 | | 0.00 | FA |
| 29 | HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 30 | HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | FA |
| 31 | HOUSEHOLD GOODS | 120.00 | 0.00 | | 0.00 | FA |
| 32 | HOUSEHOLD GOODS | 600.00 | 0.00 | | 0.00 | FA |
| 33 | HOUSEHOLD GOODS | 70.00 | 0.00 | | 0.00 | FA |
| 34 | HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | FA |
| 35 | HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | FA |
| 36 | HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | FA |
| 37 | HOUSEHOLD GOODS | 30.00 | 0.00 | | 0.00 | FA |
| 38 | HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | FA |
| 39 | HOUSEHOLD GOODS | 150.00 | 0.00 | | 0.00 | FA |
| 40 | HOUSEHOLD GOODS | 150.00 | 0.00 | | 0.00 | FA |
| 41 | HOUSEHOLD GOODS | 60.00 | 0.00 | | 0.00 | FA |
| 42 | HOUSEHOLD GOODS | 90.00 | 0.00 | | 0.00 | FA |
| 43 | HOUSEHOLD GOODS | 40.00 | 0.00 | | 0.00 | FA |
| 44 | HOUSEHOLD GOODS | 125.00 | 0.00 | | 0.00 | FA |
| 45 | HOUSEHOLD GOODS | 120.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-36441  
**Case Name:** SOWDEN, WEBB MCCANN  

**Period Ending:** 02/27/14

**Trustee:** (631790) Scott M. Seidel, Esq.  
**Filed (f) or Converted (c):** 04/04/11 (c)  
**§341(a) Meeting Date:** 05/16/11  
**Claims Bar Date:** 09/04/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 46 | HOUSEHOLD GOODS | 250.00 | 0.00 | | 0.00 | FA |
| 47 | HOUSEHOLD GOODS | 40.00 | 0.00 | | 0.00 | FA |
| 48 | HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | FA |
| 49 | HOUSEHOLD GOODS | 700.00 | 0.00 | | 0.00 | FA |
| 50 | HOUSEHOLD GOODS | 125.00 | 0.00 | | 0.00 | FA |
| 51 | HOUSEHOLD GOODS | 150.00 | 0.00 | | 0.00 | FA |
| 52 | HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | FA |
| 53 | HOUSEHOLD GOODS | 400.00 | 0.00 | | 0.00 | FA |
| 54 | HOUSEHOLD GOODS | 100.00 | 0.00 | | 0.00 | FA |
| 55 | HOUSEHOLD GOODS | 75.00 | 0.00 | | 0.00 | FA |
| 56 | HOUSEHOLD GOODS | 400.00 | 0.00 | | 0.00 | FA |
| 57 | HOUSEHOLD GOODS | 250.00 | 0.00 | | 0.00 | FA |
| 58 | HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | FA |
| 59 | HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | FA |
| 60 | HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | FA |
| 61 | HOUSEHOLD GOODS | 75.00 | 0.00 | | 0.00 | FA |
| 62 | HOUSEHOLD GOODS | 50.00 | 0.00 | | 0.00 | FA |
| 63 | HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | FA |
| 64 | HOUSEHOLD GOODS | 30.00 | 0.00 | | 0.00 | FA |
| 65 | HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 66 | HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 67 | HOUSEHOLD GOODS | 75.00 | 0.00 | | 0.00 | FA |
| 68 | HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | FA |
| 69 | HOUSEHOLD GOODS | 100.00 | 0.00 | | 0.00 | FA |
| 70 | HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | FA |
| 71 | HOUSEHOLD GOODS | 100.00 | 0.00 | | 0.00 | FA |
| 72 | HOUSEHOLD GOODS | 100.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-36441　　　　　　　　　　　　**Trustee:** (631790)　Scott M. Seidel, Esq.
**Case Name:** SOWDEN, WEBB MCCANN　　　　　**Filed (f) or Converted (c):** 04/04/11 (c)
　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:** 05/16/11
**Period Ending:** 02/27/14　　　　　　　　　　　　**Claims Bar Date:** 09/04/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 73 | HOUSEHOLD GOODS | 10.00 | 0.00 | | 0.00 | FA |
| 74 | HOUSEHOLD GOODS | 20.00 | 0.00 | | 0.00 | FA |
| 75 | HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 76 | HOUSEHOLD GOODS | 75.00 | 0.00 | | 0.00 | FA |
| 77 | HOUSEHOLD GOODS | 60.00 | 0.00 | | 0.00 | FA |
| 78 | HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 79 | HOUSEHOLD GOODS | 70.00 | 0.00 | | 0.00 | FA |
| 80 | HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | FA |
| 81 | HOUSEHOLD GOODS | 75.00 | 0.00 | | 0.00 | FA |
| 82 | HOUSEHOLD GOODS | 400.00 | 0.00 | | 0.00 | FA |
| 83 | HOUSEHOLD GOODS | 250.00 | 0.00 | | 0.00 | FA |
| 84 | HOUSEHOLD GOODS | 100.00 | 0.00 | | 0.00 | FA |
| 85 | HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 86 | HOUSEHOLD GOODS | 50.00 | 0.00 | | 0.00 | FA |
| 87 | HOUSEHOLD GOODS | 40.00 | 0.00 | | 0.00 | FA |
| 88 | HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | FA |
| 89 | HOUSEHOLD GOODS | 50.00 | 0.00 | | 0.00 | FA |
| 90 | HOUSEHOLD GOODS | 50.00 | 0.00 | | 0.00 | FA |
| 91 | HOUSEHOLD GOODS | 50.00 | 0.00 | | 0.00 | FA |
| 92 | HOUSEHOLD GOODS | 100.00 | 0.00 | | 0.00 | FA |
| 93 | HOUSEHOLD GOODS | 30.00 | 0.00 | | 0.00 | FA |
| 94 | HOUSEHOLD GOODS | 40.00 | 0.00 | | 0.00 | FA |
| 95 | HOUSEHOLD GOODS | 75.00 | 0.00 | | 0.00 | FA |
| 96 | HOUSEHOLD GOODS | 75.00 | 0.00 | | 0.00 | FA |
| 97 | HOUSEHOLD GOODS | 60.00 | 0.00 | | 0.00 | FA |
| 98 | HOUSEHOLD GOODS | 75.00 | 0.00 | | 0.00 | FA |
| 99 | HOUSEHOLD GOODS | 800.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-36441  
**Case Name:** SOWDEN, WEBB MCCANN  

**Trustee:** (631790) Scott M. Seidel, Esq.  
**Filed (f) or Converted (c):** 04/04/11 (c)  
**§341(a) Meeting Date:** 05/16/11  

**Period Ending:** 02/27/14  

**Claims Bar Date:** 09/04/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 100 | HOUSEHOLD GOODS | 75.00 | 0.00 | | 0.00 | FA |
| 101 | HOUSEHOLD GOODS | 100.00 | 0.00 | | 0.00 | FA |
| 102 | HOUSEHOLD GOODS | 100.00 | 0.00 | | 0.00 | FA |
| 103 | HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | FA |
| 104 | HOUSEHOLD GOODS | 60.00 | 0.00 | | 0.00 | FA |
| 105 | HOUSEHOLD GOODS | 61.00 | 0.00 | | 0.00 | FA |
| 106 | HOUSEHOLD GOODS | 700.00 | 0.00 | | 0.00 | FA |
| 107 | HOUSEHOLD GOODS | 32.00 | 0.00 | | 0.00 | FA |
| 108 | HOUSEHOLD GOODS | 150.00 | 0.00 | | 0.00 | FA |
| 109 | HOUSEHOLD GOODS | 125.00 | 0.00 | | 0.00 | FA |
| 110 | HOUSEHOLD GOODS | 100.00 | 0.00 | | 0.00 | FA |
| 111 | HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | FA |
| 112 | HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | FA |
| 113 | HOUSEHOLD GOODS | 90.00 | 0.00 | | 0.00 | FA |
| 114 | HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | FA |
| 115 | HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 116 | HOUSEHOLD GOODS | 250.00 | 0.00 | | 0.00 | FA |
| 117 | HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 118 | HOUSEHOLD GOODS | 100.00 | 0.00 | | 0.00 | FA |
| 119 | HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 120 | HOUSEHOLD GOODS | 100.00 | 0.00 | | 0.00 | FA |
| 121 | HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | FA |
| 122 | HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 123 | HOUSEHOLD GOODS | 0.00 | 0.00 | | 0.00 | FA |
| 124 | HOUSEHOLD GOODS | 0.00 | 0.00 | | 0.00 | FA |
| 125 | HOUSEHOLD GOODS | 0.00 | 0.00 | | 0.00 | FA |
| 126 | HOUSEHOLD GOODS | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 6

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-36441  
**Case Name:** SOWDEN, WEBB MCCANN  

**Period Ending:** 02/27/14  

**Trustee:** (631790)  Scott M. Seidel, Esq.  
**Filed (f) or Converted (c):** 04/04/11 (c)  
**§341(a) Meeting Date:** 05/16/11  
**Claims Bar Date:** 09/04/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 127 | HOUSEHOLD GOODS | 0.00 | 0.00 | | 0.00 | FA |
| 128 | HOUSEHOLD GOODS | 0.00 | 0.00 | | 0.00 | FA |
| 129 | HOUSEHOLD GOODS | 0.00 | 0.00 | | 0.00 | FA |
| 130 | HOUSEHOLD GOODS | 48,159.87 | 0.00 | | 0.00 | FA |
| 131 | HOUSEHOLD GOODS<br>Kip Sowden Investments | 0.00 | 0.00 | | 700.00 | FA |
| 132 | HOUSEHOLD GOODS<br>Realty America Development | 0.00 | 0.00 | | 700.00 | FA |
| 133 | HOUSEHOLD GOODS<br>Realty America Group | 0.00 | 0.00 | | 700.00 | FA |
| 134 | HOUSEHOLD GOODS<br>Realty America Group Strat OP Fund | 0.00 | 0.00 | | 700.00 | FA |
| 135 | HOUSEHOLD GOODS<br>realty America Hospitality Group | 0.00 | 0.00 | | 700.00 | FA |
| 136 | HOUSEHOLD GOODS<br>Realty America Investment | 0.00 | 0.00 | | 700.00 | FA |
| 137 | HOUSEHOLD GOODS<br>RReef Fund America | 500.00 | 0.00 | | 700.00 | FA |
| 138 | HOUSEHOLD GOODS<br>Trader Vics Restaurant | 0.00 | 0.00 | | 700.00 | FA |
| 139 | HOUSEHOLD GOODS<br>5600 Mockingbird JV | 0.00 | 0.00 | | 700.00 | FA |
| 140 | HOUSEHOLD GOODS<br>High Point Centre | 0.00 | 0.00 | | 563.23 | FA |
| 141 | HOUSEHOLD GOODS<br>Lincoln Mall | 0.00 | 0.00 | | 500.00 | FA |
| 142 | HOUSEHOLD GOODS<br>Lotus Village | 0.00 | 0.00 | | 500.00 | FA |
| 143 | HOUSEHOLD GOODS<br>Parker Medical | 0.00 | 0.00 | | 500.00 | FA |
| 144 | HOUSEHOLD GOODS | 0.00 | 0.00 | | 500.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-36441  
**Case Name:** SOWDEN, WEBB MCCANN  

**Period Ending:** 02/27/14

**Trustee:** (631790) Scott M. Seidel, Esq.  
**Filed (f) or Converted (c):** 04/04/11 (c)  
**§341(a) Meeting Date:** 05/16/11  
**Claims Bar Date:** 09/04/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Mockingbird Commons Loans |  |  |  |  |  |
| 145 | HOUSEHOLD GOODS | 100.00 | 0.00 |  | 0.00 | FA |
| 146 | HOUSEHOLD GOODS | 1,500.00 | 0.00 |  | 0.00 | FA |
| 147 | HOUSEHOLD GOODS | 20,000.00 | 0.00 |  | 0.00 | FA |
| 148 | HOUSEHOLD GOODS | 15,000.00 | 0.00 |  | 0.00 | FA |
| 149 | HOUSEHOLD GOODS | 12,500.00 | 0.00 |  | 0.00 | FA |
| 150 | HOUSEHOLD GOODS<br>   Motion for relief granted.  Order doc no.<br>2007 Mastercraft x80 boat | 70,000.00 | 0.00 |  | 0.00 | FA |
| 151 | HOUSEHOLD GOODS<br>   Order granting Relief for secured creditor Keybank,<br>doc no 93<br>2004 Mastercraft 230 vrs boat | 20,000.00 | 0.00 |  | 0.00 | FA |
| 152 | HOUSEHOLD GOODS | 3,000.00 | 0.00 |  | 0.00 | FA |
| 153 | HOUSEHOLD GOODS | 50.00 | 0.00 |  | 0.00 | FA |
| 154 | HOUSEHOLD GOODS | 200.00 | 0.00 |  | 0.00 | FA |
| 155 | HOUSEHOLD GOODS | 300.00 | 0.00 |  | 0.00 | FA |
| 156 | HOUSEHOLD GOODS | 2,500.00 | 0.00 |  | 0.00 | FA |
| 157 | HOUSEHOLD GOODS | 300.00 | 0.00 |  | 0.00 | FA |
| 158 | HOUSEHOLD GOODS | 1,000.00 | 0.00 |  | 0.00 | FA |
| 159 | HOUSEHOLD GOODS | 100.00 | 0.00 |  | 0.00 | FA |
| 160 | HOUSEHOLD GOODS | 200.00 | 0.00 |  | 0.00 | FA |
| 161 | trust  (u)<br>   Webb & Marinelle Sowden Irrevocable Trust | Unknown | Unknown |  | 15,000.00 | FA |
| 162 | Paddle boat | 100.00 | 0.00 |  | 0.00 | FA |
| 163 | Sunfish sailboat | 1,200.00 | 0.00 |  | 0.00 | FA |
| 164 | 3 computers | 1,000.00 | 0.00 |  | 0.00 | FA |
| 165 | Iphone Ipad | 1,200.00 | 0.00 |  | 0.00 | FA |
| 166 | 3 sets of golf clubs | 1,500.00 | 0.00 |  | 0.00 | FA |

Exhibit 8

# Form 1

Page: 8

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-36441  
**Case Name:** SOWDEN, WEBB MCCANN  

**Trustee:** (631790) Scott M. Seidel, Esq.  
**Filed (f) or Converted (c):** 04/04/11 (c)  
**§341(a) Meeting Date:** 05/16/11  

**Period Ending:** 02/27/14  

**Claims Bar Date:** 09/04/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 167  Weight equipment | 700.00 | 0.00 | | 0.00 | FA |
| Int  INTEREST (u) | Unknown | N/A | | 0.55 | FA |
| **168 Assets Totals** (Excluding unknown values) | **$3,078,059.64** | **$1,336.77** | | **$25,000.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

January 1, 2014       TFR filed on the docket.  Objections due by 2/3/2014  
December 5, 2013     TFR submitted to office of UST for reveiw and approval to file with the court.  
September 3, 2013    Objection to Claims filed and pending hearing on October 10, 2013.  
February 25, 2013    Compromise reached re: adversary.  Motion to be filed.  
February 12, 2013    Adversary pending  
September 15, 2012   Reviewing debtor transactions regarding possible recoveries  
March 22, 2012       Motion to Sell on file and set for hearing April 11.  Demand has been made for non exempt bank account funds from Debtor.  
September 13, 2011   Motion to lift stay filed by JP Morgan Chase for lake house.  Debtor is in arrears 11 payments.  No opposition, no equity.

**Initial Projected Date Of Final Report (TFR):**     December 12, 2012         **Current Projected Date Of Final Report (TFR):**     December 5, 2013  (Actual)

Printed: 02/27/2014 09:49 AM     V.13.14

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-36441  
**Case Name:** SOWDEN, WEBB MCCANN  

**Taxpayer ID #:** **-***9263  
**Period Ending:** 02/27/14  

**Trustee:** Scott M. Seidel, Esq. (631790)  
**Bank Name:** BANK OF AMERICA  
**Account:** ********43 - Money Market Account  
**Blanket Bond:** $380,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/08/12 | | EIGHT OAKS INVESTMENTS II, LLC | proposed buyer earnest deposit for non exempt property of debtor. Debtor's interest only | | 10,000.00 | | 10,000.00 |
| | {6} | | 1,136.77 | 1129-000 | | | 10,000.00 |
| | {131} | | 700.00 | 1129-000 | | | 10,000.00 |
| | {132} | | 700.00 | 1129-000 | | | 10,000.00 |
| | {133} | | 700.00 | 1129-000 | | | 10,000.00 |
| | {134} | | 700.00 | 1129-000 | | | 10,000.00 |
| | {135} | | 700.00 | 1129-000 | | | 10,000.00 |
| | {136} | | 700.00 | 1129-000 | | | 10,000.00 |
| | {137} | | 700.00 | 1129-000 | | | 10,000.00 |
| | {138} | | 700.00 | 1129-000 | | | 10,000.00 |
| | {139} | | 700.00 | 1129-000 | | | 10,000.00 |
| | {140} | | 563.23 | 1129-000 | | | 10,000.00 |
| | {141} | | 500.00 | 1129-000 | | | 10,000.00 |
| | {142} | | 500.00 | 1129-000 | | | 10,000.00 |
| | {143} | | 500.00 | 1129-000 | | | 10,000.00 |
| | {144} | | 500.00 | 1129-000 | | | 10,000.00 |
| 03/30/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 10,000.05 |
| 04/30/12 | Int | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 10,000.13 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.70 | 9,987.43 |
| 05/31/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,987.51 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.69 | 9,974.82 |
| 06/29/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,974.90 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.86 | 9,963.04 |
| 07/31/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 9,963.13 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 13.07 | 9,950.06 |
| 08/31/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,950.14 |
| 08/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 12.64 | 9,937.50 |
| 09/28/12 | Int | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,937.58 |
| 09/28/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.40 | 9,926.18 |
| 10/04/12 | Int | BANK OF AMERICA | Interest Earned | 1270-000 | 0.01 | | 9,926.19 |
| 10/04/12 | | Bank of America | Bank and Technology Services Fees | 2600-000 | | 1.22 | 9,924.97 |
| 10/04/12 | | Bank of America | Transfer to The Bank of New York Mellon | 9999-000 | | 9,924.97 | 0.00 |

Subtotals :  $10,000.55  $10,000.55

{} Asset reference(s)  
Printed: 02/27/2014 09:49 AM  V.13.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-36441  **Trustee:** Scott M. Seidel, Esq. (631790)
**Case Name:** SOWDEN, WEBB MCCANN  **Bank Name:** BANK OF AMERICA
  **Account:** ********43 - Money Market Account
**Taxpayer ID #:** **-***9263  **Blanket Bond:** $380,000.00 (per case limit)
**Period Ending:** 02/27/14  **Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 10,000.55 | 10,000.55 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,924.97 | |
| | | | **Subtotal** | | **10,000.55** | **75.58** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,000.55** | **$75.58** | |

{} Asset reference(s)  Printed: 02/27/2014 09:49 AM  V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 10-36441 | | Trustee: | Scott M. Seidel, Esq. (631790) |
| Case Name: | SOWDEN, WEBB MCCANN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******97-66 - Checking Account |
| Taxpayer ID #: | **-***9263 | | Blanket Bond: | $380,000.00  (per case limit) |
| Period Ending: | 02/27/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/04/12 | | The Bank of New York Mellon | Transfer from Bank of America | 9999-000 | 9,924.97 | | 9,924.97 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,899.97 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,874.97 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001063179088 20121213 | 9999-000 | | 9,874.97 | 0.00 |
| | | | ACCOUNT TOTALS | | 9,924.97 | 9,924.97 | $0.00 |
| | | | Less: Bank Transfers | | 9,924.97 | 9,874.97 | |
| | | | Subtotal | | 0.00 | 50.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $50.00 | |

{} Asset reference(s)                                                                                         Printed: 02/27/2014 09:49 AM    V.13.14

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-36441  
**Case Name:** SOWDEN, WEBB MCCANN  

**Taxpayer ID #:** **-***9263  
**Period Ending:** 02/27/14  

**Trustee:** Scott M. Seidel, Esq. (631790)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0266 - Checking Account  
**Blanket Bond:** $380,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 9,874.97 | | 9,874.97 |
| 12/20/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 9,899.97 |
| 12/20/12 | | Rabobank NA | Service Fee Credit Adjustment | 2600-000 | | -25.00 | 9,924.97 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.24 | 9,911.73 |
| 01/17/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.24 | 9,914.97 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.68 | 9,899.29 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.28 | 9,886.01 |
| 03/01/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,861.01 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.70 | 9,847.31 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.10 | 9,832.21 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.61 | 9,817.60 |
| 06/04/13 | {161} | Taber Estes Thorne & Carr PLLC | from the Trust to the attorney IOLTA account | 1249-000 | 15,000.00 | | 24,817.60 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.71 | 24,787.89 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.21 | 24,748.68 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.59 | 24,713.09 |
| 01/05/14 | 10101 | Sheldon E. Levy, CPA | TRUSTEE'S ACCOUNTANT FEES/EXP | 3410-000 | | 2,075.00 | 22,638.09 |
| 01/05/14 | 10102 | SEIDEL LAW FIRM | TRUSTEE'S ATTORNEY'S EXPENSES | 3120-000 | | 591.94 | 22,046.15 |
| 01/05/14 | 10103 | SEIDEL LAW FIRM | TRUSTEE'S ATTORNEY'S FEES | 3110-000 | | 16,359.44 | 5,686.71 |
| 02/04/14 | 10104 | Scott M. Seidel, Esq. | TRUSTEE COMPENSATION | 2100-000 | | 3,250.06 | 2,436.65 |
| 02/04/14 | 10105 | Scott M. Seidel, Esq. | TRUSTEE EXPENSES | 2200-000 | | 1,461.65 | 975.00 |
| 02/04/14 | 10106 | US TRUSTEE | PRIOR CHAPTER US TRUSTEE FEES | 2950-000 | | 975.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 24,874.97 | 24,874.97 | $0.00 |
| | | | Less: Bank Transfers | | 9,874.97 | 0.00 | |
| | | | **Subtotal** | | 15,000.00 | 24,874.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.00** | **$24,874.97** | |

{} Asset reference(s)                                                                                              Printed: 02/27/2014 09:49 AM     V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** 10-36441 | **Trustee:** Scott M. Seidel, Esq. (631790) |
| **Case Name:** SOWDEN, WEBB MCCANN | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******0266 - Checking Account |
| **Taxpayer ID #:** **-***9263 | **Blanket Bond:** $380,000.00  (per case limit) |
| **Period Ending:** 02/27/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 25,000.55 | | | | | |
| | | Net Estate : $25,000.55 | | | | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ********43 | 10,000.55 | 75.58 | 0.00 |
| Checking # 9200-******97-66 | 0.00 | 50.00 | 0.00 |
| Checking # ******0266 | 15,000.00 | 24,874.97 | 0.00 |
| | $25,000.55 | $25,000.55 | $0.00 |

{} Asset reference(s)

Printed: 02/27/2014 09:49 AM    V.13.14